## STATEMENT OF FACTS

Your affiant, ███████████, is a Detective assigned as a Task Force Officer (TFO) to the Federal Bureau of Investigation's (FBI) Joint Terrorism Task Force (JTTF), which specializes in domestic terrorism. In my duties as a TFO and a Detective, I have gained training and experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, the exploitation of lawfully obtained evidence and data, and various other procedures. My duties, responsibilities, and training as a TFO with the FBI include investigating violations of federal law. Specifically, I have experience investigating national security threats, to include domestic terrorism. As an FBI TFO, I am authorized by law—or by a government agency—to engage in or supervise the prevention, detection, investigation, or prosecution of violations of Federal criminal laws.

Currently, I am tasked with, among other things, investigating criminal activity in and around the Capitol grounds on January 6, 2021. Many of my investigations involve the use of technology, analyzing online and telephonic contacts, and researching suspects' online activity and footprints. I have become familiar with the day-to-day operations of individuals using social media and email accounts to communicate and coordinate criminal activities. I have assisted with numerous investigations of crimes which involve the use of social media, email, and the internet as a means of communication. I am authorized to investigate violations of the laws of the United States and to execute search and seizure warrants issued under the authority of the United States.

### Background – The U.S. Capitol on January 6, 2021

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there. In addition to video footage captured on personal mobile devices, the closed-circuit television (CCTV) camera system controlled and operated by the U.S. Capitol Police captured evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### _Facts Specific to this Case_

### _Identification of JAROD LEE HAWKS and JOHN WILLIAM PADGETT_

Photographs and videos of hundreds of persons around and inside the U.S. Capitol on January 6th, without authority to be there, were disseminated via social media and other open-source online platforms. Those persons included a middle-aged white male with blond hair and blond facial hair, wearing a black hoodie sweatshirt, a dark jacket, and carrying a dark backpack. As detailed below, this individual was later identified by law enforcement as JAROD LEE HAWKS.

Additionally, photographs and videos from around and inside the U.S. Capitol on January 6th included a middle-aged white male wearing a camoflauge ballcap, blue jeans, a flannel jacket, a camouflage shirt, and carrying a military-style backpack. As detailed below, this individual—who was with HAWKS throughout the day on January 6th—was later identified by law enforcement as JOHN WILLIAM PADGETT.

Following the events of January 6, the FBI issued public "be on the lookout," or BOLO, notices regarding certain individuals. HAWKS was identified by the FBI as "UNSUB 16" and PADGETT was identified as "AFO 295." After the dissemination of photographs and videos of the events of January 6 on social media and other open-source online platforms, private citizens gave HAWKS the moniker "GrogBountyHunter" and PADGETT the moniker "ShadesofCrime."

Almost immediately after the events of January 6, the FBI began receiving tips from private citizens identifying participants in the assault on the U.S. Capitol. The FBI ultimately received multiple tips regarding HAWKS's and PADGETT's conduct on January 6. Information from these tips facilitated the FBI's initial identification of both HAWKS and PADGETT. Additionally, FBI personnel obtained publicly available photographs of HAWKS and PADGETT (*see* Images 1 and 2, below), and gathered and reviewed video and photographic evidence of their conduct on January 6, as detailed herein.

 

*Image 1 (left): Screenshot of HAWKS, taken from social media*
*Image 2 (right): Screenshot of PADGETT, taken from social media*

FBI personnel also conducted research on HAWKS and PADGETT through social media queries, law enforcement databases, and open-source databases. These efforts returned results including Florida driver's licenses for HAWKS and PADGETT that matched their respective names, addresses, and dates of birth, as well as other public records matching HAWKS and PADGETT's respective addresses, dates of birth, and social security numbers. FBI personnel also determined that the Florida driver's license photographs matched the photographs and videos of HAWKS and PADGETT on U.S. Capitol Building grounds on January 6, 2021.

Finally, FBI personnel met with and interviewed individuals who personally know or have had recent interactions with HAWKS and PADGETT. During these interviews, FBI personnel provided images from January 6 to the interview subjects and they identified both HAWKS and PADGETT in the images. By way of example, your affiant interviewed a Florida law enforcement officer who had recently responded to a domestic disturbance call involving HAWKS. When shown images from January 6, this law enforcement officer immediately identified HAWKS and stated that they recalled interacting with HAWKS during the above-referenced disturbance call.

### *HAWKS's and PADGETT's Conduct at the U.S. Capitol on January 6, 2021*

The following description of events is based on U.S. Capitol CCTV footage, photos and videos taken by people in the crowd and posted online, and information obtained from other rioters at the Capitol. On Janaury 6, 2021, both HAWKS and PAGDETT were captured on open-source video proceeding eastward along Constitution Avenue, N.W. towards the U.S. Capitol. *See* Image 3, below.



*Image 3: HAWKS (in yellow) and PADGETT (in green) on Constitution Ave., N.W.*

At around this same time, both men are captured again on open-source video proceeding towards the U.S. Capitol along Constitution Ave., N.W. *See* Images 4 and 5, below.



*Image 4 (left): HAWKS on Constitution Ave., N.W.*
*Image 5 (right): PADGETT on Constitution Ave., N.W.*

After making their way down Constitution Avenue towards the U.S. Capitol, HAWKS and PADGETT entered U.S. Capitol grounds and arrived at an area of the grounds known as the Peace Circle. The Peace Circle was the first U.S. Capitol Police (USCP) barricade to be breached on January 6, and HAWKS and PADGETT arrived within moments of the initial breach. As shown in Images 6, 7, and 8, below, both HAWKS and PADGETT arrived so close in time to the initial breach of the Peace Circle barricade that they would have clearly seen the officers at that barricade outnumbered and overrun. HAWKS and PADGETT also, as the images below show, arrived so

close in time to the breach of the police line that they had to climb over the barricades as other rioters dismantled them. These images, as well as the source footage, clearly show that HAWKS and PADGETT were among the first rioters to breach the restricted perimeter of the U.S. Capitol grounds on January 6 and led the mob towards the Capitol Building itself.



*Image 6: HAWKS (in yellow) and PADGETT (in green) breach the Peace Circle barricade*



*Image 7: HAWKS (in yellow) and PADGETT (in green) breach the Peace Circle barricade*



*Image 8: HAWKS (in yellow) and PADGETT (in green) breach the Peace Circle barricade*

After being among the first rioters to breach the Capitol's restricted perimeter at the Peace Circle, HAWKS and PADGETT proceeded to another police barricade at the west front of the Capitol Building itself. In Image 9, below, PADGETT (circled in green) can be seen standing next to HAWKS (circled in yellow).



*Image 9: HAWKS and PADGETT at the police barricade at the Capitol Building's west front*

While at the police barricade on the Capitol Building's west front, both HAWKS and PADGETT helped other rioters use a large metal object as a battering ram and weapon against the officers manning the barricade. In Image 10, below, the police line defending the Capitol Building is highlighted in red. HAWKS can be seen, circled in yellow, towards the front of the large object—which was a fabricated sign strapped to a frame composed of large metal poles. In the source footage for Image 10, the rioters can be seen directing this large metal object towards, and ultimately into, the police line.



*Image 10: HAWKS (circled in yellow) assisting other rioters in directing large metal object towards, and into, the police line defending the U.S. Capitol (marked in red)*

In Image 11, below, HAWKS can be seen holding up the large metal object that he ultimately used as a battering ram, or weapon, against the police line at the west front.



*Image 11: HAWKS (circled in yellow) supporting large metal stucture*

As noted above, the large metal object was ultimately used as a battering ram and weapon against the police line at the west front. In Image 12, below, both HAWKS and PADGETT are captured pushing the sign at the very moment it crashes into the police line.



*Image 12: HAWKS (circled in yellow) and PADGETT (circled in green) using large metal object as battering ram against police line at west front of the U.S. Capitol Building*

Images 13 through 15 show HAWKS and PADGETT repeatedly pushing the large metal object towards and into the police line.



*Image 13: HAWKS and PADGETT (in yellow) pushing large metal object into police line at the Capitol Building's west front*



*Image 14: HAWKS (in yellow) pushing large metal object into police line at the Capitol Building's west front*



*Image 15: PADGETT (in yellow) pushing large metal object into police line at the Capitol Building's west front*

Images 16 and 17, below—which are taken from D.C. Metropolitan Police Department (MPD) Body Worn Camera (BWC) footage—show HAWKS and PADGETT repeatedly pushing the large metal object towards and into the police line. As these images demonstrate, HAWKS and PADGETT were at the very front of the group of rioters using the large metal object as a battering ram and weapon against the police line.



*Image 16: HAWKS (in yellow) pushing large metal object into police line at the Capitol Building's west front*



*Image 17: HAWKS (in yellow) and PADGETT (in green) pushing large metal object into police line at the Capitol Building's west front*

After using a large metal object to attack the police line, HAWKS and PADGETT remained on the west front of the U.S. Capitol Building and continued to violently attack the officers defending the Capitol. In Image 18, below, PADGETT is captured on MPD BWC kicking a bike rack barricade being held by a law enforcement officer. The source BWC footage for Image 18 shows that, when PADGETT kicked the upper portion of the bike rack barricade, the officer holding the barricade immediately withdrew their hand, indicating that PADGETT kicked the officer's hand. HAWKS can be seen immediately behind PADGETT in this image.



*Image 18: PADGETT (in green) kicking bike rack barricade being held by officer at the Capitol Building's west front. HAWKS (circled in yellow) is visible immediately behind PADGETT*

In Image 19, below, HAWKS and PADGETT are both captured violently kicking a bike rack barricade being held by a law enforcement officer.



*Image 19: HAWKS (circled in yellow) and PADGETT (circled in green) kicking bike rack barricade being held by officer at the Capitol Building's west front.*

The MPD BWC footage described herein shows that HAWKS and PADGETT kicked a bike rack barricade(s) being held by a law enforcement officer(s) multiple times on January 6. Specifically, Image 18 shows PADGETT kicking the barricade at 2:28:21 p.m.[1], Image 19 shows HAWKS and PADGETT kicking a barricade together at 2:28:25 p.m., and Image 20, below, shows PADGETT kicking a barricade again at 2:28:39 p.m.

As with Image 18, the source BWC footage for Image 20 shows that, when PADGETT kicked the upper portion of the bike rack barricade, the officer holding the barricade immediately withdrew their hand, indicating that PADGETT kicked the officer's hand. Additionally, the source BWC footage for Image 20 shows that, immediately after PADGETT kicked the barricade and the officer's hand(s), the officer lost control of the barricade and another rioter shoved the barricade aside, creating a breach in the police line.



*Image 20: PADGETT (circled in green) kicking bike rack barricade being held by officer (circled in yellow) at the Capitol Building's west front.*

Eventually, the police line at the west front of the Capitol was overwhelmed by rioters like HAWKS and PADGETT and officers had to retreat and take up another defensive position closer to the Capitol Building itself. As the police fell back, HAWKS and PADGETT continued their violent assault on the Capitol. Image 21, below, shows HAWKS and PADGETT moving bike rack barricades from the recently-abandoned law enforcement position to allow more rioters to approach the Capitol Building.

---

[1] This timing determination is based on the timestamp provided in the upper right hand corner of the BWC.



*Image 21: HAWKS (circled in yellow) and PADGETT (circled in green) removing bike rack barricades after law enforcement were forced to retreat and abandon this position*

After forcing law enforcement from their defensive position, and removing the bike rack barricades to allow more rioters to proceed towards the Capitol Building, HAWKS and PADGETT remained on the west front. Image 22, below, shows HAWKS and PADGETT on the west front immediately adjacent to the scaffolding of the inauguration stage.



*Image 21: HAWKS (circled in yellow) and PADGETT (circled in green) on the west front after breaching police line.*

After breaching the Peace Circle, using a large metal object to assault officers, and breaching another police line defending the Capitol, HAWKS and PADGETT remained on the west front of the U.S. Capitol. In Image 22, below, HAWKS and PADGETT are captured on the north-west front of the Capitol Building.



*Image 22: HAWKS (circled in yellow) and PADGETT (circled in green) on the north-west front*

Image 23, below, provides a different perspective of HAWKS' and PADGETT's proximity to the Capitol Building at this time, as well as their proximity to yet another line of police officers defending the building.



*Image 23: HAWKS (circled in yellow) on the north-west front*

Image 24, below, provides yet another perspective of HAWKS' and PADGETT's proximity to the Capitol Building at this time, as well as their proximity to the line of police officers defending the building. Image 24 also shows HAWKS approaching this police line.



*Image 24: HAWKS (circled in yellow) on the north-west front approaching police line*

Although HAWKS and PADGETT had, at this point on January 6, breached multiple police lines and assaulted multiple officers, contemporaneous open-source video taken at the police line depicted in Image 24 (above) captured both men attacking yet another group of officers. Specifically, Image 25, below, is a screen shot taken from this open-source video. It depicts the moment when HAWKS and PADGETT used a large object as both a shield and a battering ram against the officers. The full source footage shows HAWKS and PADGETT hoist the large object, turn it towards the officers, and advance into the police line using the object to resist the officers and attempt to break the police line.



*Image 25: HAWKS (circled in yellow) and PADGETT (circled in green) on the north-west front using a large object to push back the police line defending the U.S. Capitol Building*

After this violent effort to break yet another police line, HAWKS and PADGETT remained in the north-west section of the Capitol grounds and eventually left the restricted area as law enforcement regained control of the Capitol grounds and forced rioters to vacate the area.

Based on the foregoing, your affiant submits there is probable cause to believe that HAWKS and PADGETT violated:

(a) 18 U.S.C. §§ 111(a)(1) and 111(b), which makes it a crime to forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in Section 1114 of Title 18 while engaged in or on account of the performance of official duties, while using a deadly or dangerous weapon. For purposes of Section 111 of Title 18, United States Capitol Police Officers constitute persons designated in Section 1114 of Title 18.

(b) 18 U.S.C. § 231(a)(3), which makes it a crime to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer

lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function. For purposes of Section 231 of Title 18, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. This includes the Joint Session of Congress where the Senate and House count Electoral College votes.

(c) 18 U.S.C. §§ 1752(a)(1), (2), and (4), and 1752(b)(1)(a), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; (4) knowingly engage in any act of physical violence against any person or property in any restricted building or grounds; or attempts or conspires to do so; and punish the commission of such acts using or carrying a deadly or dangerous weapon or when significant bodily injury is inflicted. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

(d) 40 U.S.C. §§ 5104(e)(2)(D) and (F), which makes it a crime to willfully and knowingly: (D) engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress, and (F) engage in an act of physical violence in the Grounds or any of the Capitol Buildings.



Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 19th day of November 2024.

_____

G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE