AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00362 |
| Jarod Hawks | ) Assigned To : Judge G. Michael Harvey |
| | ) Assign. Date : 11/19/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) **Jarod Hawks**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) (Assault on a Federal Officer)
18 U.S.C. §111(b) (Assault on a Federal Officer with a Deadly or Dangerous Weapon)
18 U.S.C. § 231(a)(3) (Civil Disorder)
18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds)
18 U.S.C. § 1752(a)(2) (Disorderly or Disruptive Conduct in a Restricted Building or Grounds)
18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2)(E) (Obstruct, or Impede Passage, through or within, the Grounds or any of the Capitol Buildings)
40 U.S.C. § 5104(e)(2)(F) (Engage in an Act of Physical Violence in the Grounds or any of the Capitol Buildings)

Date: 11/19/2024

_____
Issuing officer's signature

City and state: Washington, D.C.          G. MICHAEL HARVEY
                                         Printed name and title

---

### Return

This warrant was received on (date) 11/19/2024, and the person was arrested on (date) 11/25/24
at (city and state) SOUTH DAYTONA FLORIDA.

Date: 11/25/24

_____
Arresting officer's signature

BRIAN HOWARD  TFO
Printed name and title